UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Marvel Characters, Inc.,

                Plaintiff,                21-CV-7955 (LAK)

  v.

Lawrence D. Lieber,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Marvel Characters, Inc.,

                Plaintiff,

  v.                                                              21-CV-7957(LAK)

Patrick S. Ditko,
*in his capacity as Administrator of the*
*Estate of Stephen J. Ditko*,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Marvel Characters, Inc.,

                Plaintiff,

  v.                                                               21-CV-7959(LAK)

Keith A. Dettwiler,
*in his capacity as Executor of the*
*Estate of Donald L. Heck*,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMENDED ORDER RE SCHEDULING AND<br><u>INITIAL PRETRIAL CONFERENCE</u>

KAPLAN, District Judge.

      These actions having been assigned to me for all purposes, it is hereby,

      ORDERED as follows:

      1.     Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties.

      2.     Counsel for all parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order, counsel shall sign and file within fourteen (14) days a consent order in the form annexed for consideration by the Court. If such a consent order is not filed within the time provided, a video-conference invite will be emailed to counsel setting a video-conference on <u>11/2/2021</u> at <u>11:20 AM.</u>

      3.     Any party desiring a conference with the Court for purposes of discussing settlement, narrowing of issues, or other pertinent pretrial matters may request a conference by letter.

      4.      Counsel should be aware that these cases have been designated for Electronic Case Filing (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's website at www.nysd.uscourts.gov.

Dated: October 15, 2021

/s/

_____
Lewis A. Kaplan
United States District Judge