UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
WILLIAM ESCALANTE, et al.,                         :
                                                   :
                              Plaintiffs,          :
                                                   :                21-cv-795 (VSB)
                    -against-                       :
                                                   :                **ORDER**
FUNSAN K. CORP., et al.,                           :
                                                   :
                              Defendants.          :
                                                   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Per my instructions at the February 9, 2022, post-discovery conference, it is hereby:

ORDERED that the parties submit a joint status letter on or before February 23, 2022 (1)

detailing Plaintiffs' counsel's efforts to obtain a letter of administration and (2) proposing a

briefing schedule for the parties' cross-motions for summary judgment.

SO ORDERED.

Dated:  February 9, 2022
        New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge