```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
WILLIAM ESCALANTE, et al.,                                 :
                                                           :
                              Plaintiffs,                  :
                                                           :     21-CV-795 (VSB)
              -against-                                    :
                                                           :          ORDER
FUNSAN K. CORP. d/b/a BEACON                               :
WINES & SPIRITS, et al.                                    :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 23, 2022, following the death of Plaintiff Luis Orlando Zhinin ("Zhinin"), Plaintiffs submitted a letter stating that Plaintiffs' counsel has been unable to identify and contact Zhinin's living family members in order to petition for letters of administration. (Doc. 34.) Plaintiffs indicated that, if Zhinin's family did not wish to proceed with the estate process within the next forty-five (45) days, Zhinin's claims against Defendants could be dismissed without prejudice. (*Id.*) That time period has passed, and Plaintiffs have not informed me of any updates on the estate process. Accordingly, it is hereby:

ORDERED that Plaintiffs submit a letter updating the Court as to the status of any potential letters of administration for Zhinin on or before April 22, 2022. If Plaintiffs intend to dismiss Zhinin from this action, Plaintiffs should make that motion on or before that date.

SO ORDERED.

Dated: April 15, 2022
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge